**JOHN L. BURRIS, ESQ., SBN 69888**
**ADANTE POINTER, ESQ., SBN 236229**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiff
**D.H. by and through his Guardian Ad Litem Teandra Butler**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.H. by and through his Guardian Ad Litem Teandra Butler, individually and as successor-in-interest to Decedent DEMOURIA HOGG,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; and DOES 1-25, inclusive,<br><br>Defendants.<br>_____/ | Case No. 3:16-cv-01669 SB<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO  FILE FIRST AMENDED COMPLAINT**<br><br>**JUDGE: HON. RICHARD SEEBORG** |

IT IS HEREBY STIPULATED (and respectfully requested) by and between Plaintiff and all Defendants by and through their designated counsel, that:

Plaintiff shall file a First Amended Complaint (Attached as Exhibit A) with the Court within 5 days of the Court order approving this stipulation.  Defendants' responsive pleading to Plaintiff's

First Amended Complaint shall be filed within 20 days of the filing of Plaintiff's First Amended Complaint.

The good cause for granting Plaintiff leave to file his First Amended Complaint being that the names of the specific police officers whom heretofore have been identified as DOE Defendants in this matter were recently revealed. Therefore, Plaintiff seeks leave to amend his complaint accordingly. Furthermore, granting leave shall not cause the Defendants prejudice as there are over 60 calendar days left in the fact discovery period.

Therefore, all parties stipulate and respectfully request the court grant Plaintiff leave to file his First Amended Complaint.

IT IS SO AGREED.

Date: 05/26/16               LAW OFFICES OF JOHN L. BURRIS

                                   /s/ Adanté Pointer
                                 ADANTÉ D. POINTER
                                 Attorneys for Plaintiffs

Date: 05/26/16               CITY OF OAKLAND


                                  /s/ David A. Pereda
                                 DAVID ALEJANDRO PEREDA
                                 Attorneys for Defendants

[PROPOSED] ORDER

It is hereby ORDERED Plaintiff shall file his First Amended Complaint (which was submitted as Exhibit A to the Stipulation Requesting Leave) with the Court within 5 days of this Order. It is further ORDERED Defendants' responsive pleading to Plaintiff's First Amended Complaint shall be filed within 20 days of the filing of Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Date:_____

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE